IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESOTERIX GENETIC LABORATORIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> QIAGEN INC. and QIAGEN MANCHESTER, LTD., <br><br> Defendants. | CASE No. 14-CV-13228-LTS |

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants QIAGEN Manchester, Ltd. and QIAGEN Inc. (collectively "QIAGEN")[1] respectfully request that the Court dismiss Esoterix Genetic Laboratories LLC's Amended Complaint with prejudice for failure to state any cognizable claim for relief.  Support for this motion is set forth in QIAGEN's accompanying Memorandum, filed contemporaneously herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), QIAGEN respectfully requests that the Court hold oral argument on the motion to dismiss.  QIAGEN believes that oral argument will materially assist the Court in ruling on the motion.

---

[1] The Amended Complaint was served not only on QIAGEN Manchester, Ltd. and QIAGEN, Inc, but also on QIAGEN N.V., QIAGEN GmbH, and QIAGEN North American Holdings, Inc. On October 29, 2014, the parties stipulated to dismiss the latter three defendants from this case. (ECF No. 25.)

1

Dated:  October 31, 2014

QIAGEN Inc. and QIAGEN Manchester, Ltd.,

By their attorneys,

**Sally & Fitch LLP**

/s/ *Peter E. Ball*
Peter E. Ball (BBO #546031)
Ryan M. Cunningham (BBO #661440)
One Beacon Street
Boston, MA 02108
Tel. (617) 542-5542
Fax. (617) 542-1542
peb@sally-fitch.com
rmc@sally-fitch.com

– and –

**Ballard Spahr LLP**
Robert R. Baron (Admitted pro hac vice)
Marc S. Segal (Admitted pro hac vice)
Daniel A. Nadel (Admitted pro hac vice)
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel. (215) 864-8335
Fax (215) 864-8999
baron@ballardspahr.com
segalm@ballardspahr.com
nadeld@ballardspahr.com

*Attorneys for QIAGEN Inc. and QIAGEN Manchester, Ltd.*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Peter E. Ball, counsel for the Defendants, hereby certify that counsel for Defendants conferred with Plaintiff's counsel on October 30, 2014, in a good faith effort to resolve or narrow the issues raised in this motion.

                                                                          */s/ Peter E. Ball*
                                                                          Peter E. Ball

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be filed through the Court's ECF system, and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on October 31, 2014.

                                                                          /s/ *Peter E. Ball*
                                                                          Peter E. Ball