## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ESOTERIX GENETIC LABORATORIES
LLC,

      Plaintiff,

      v.

QIAGEN INC. and QIAGEN MANCHESTER,
LTD.,

      Defendants.

CASE No. 14-CV-13228-ADB

## DEFENDANTS' MOTION FOR
## JUDGMENT ON THE PLEADINGS

Pursuant to Fed. R. Civ. P. 12(c), Defendants QIAGEN Manchester, Ltd. and QIAGEN

Inc. (collectively "QIAGEN") respectfully request that the Court grant judgment on the

pleadings that U.S. Patent Nos. 7,964,349; 8,105,769; 8,465,916; and 9,035,036 are patent

ineligible under 35 U.S.C. § 101.  Support for this motion is set forth in QIAGEN's

accompanying Memorandum, filed contemporaneously herewith.

Dated:  January 13, 2016

QIAGEN Inc. and QIAGEN Manchester, Ltd.,

By their attorneys,

**Sally & Fitch LLP**

/s/ *Peter E. Ball* _____
Peter E. Ball (BBO #546031)
Ryan M. Cunningham (BBO #661440)
One Beacon Street
Boston, MA 02108
Tel. (617) 542-5542
Fax. (617) 542-1542
peb@sally-fitch.com
rmc@sally-fitch.com

– and –

**Ballard Spahr LLP**
Robert R. Baron (Admitted pro hac vice)
Marc S. Segal (Admitted pro hac vice)
Tyler R. Marandola (Admitted pro hac vice)
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel. (215) 864-8335
Fax (215) 864-8999
baron@ballardspahr.com
segalm@ballardspahr.com
marandolat@ballardspahr.com

*Attorneys for QIAGEN Inc. and QIAGEN*
*Manchester, Ltd.*

## <u>CERTIFICATION PURSUANT TO LOCAL RULE 7.1</u>

I, Tyler R. Marandola, counsel for the Defendants, hereby certify that counsel for Defendants conferred with Plaintiff's counsel on January 13, 2016, in a good faith effort to resolve or narrow the issues raised in this motion.

*/s/ Tyler R. Marandola*
Tyler R. Marandola

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused the foregoing document to be filed through the Court's ECF system, and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on January 13, 2016.

/s/ *Peter E. Ball*
Peter E. Ball