UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESOTERIX GENETIC LABORATORIES, LLC<br><br>Plaintiff/Counterclaim-Defendant,<br><br>and LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>Counterclaim-Defendant,<br>v.<br><br>QIAGEN INC. AND QIAGEN MANCHESTER, LTD.,<br><br>Defendants/Counterclaim-Plaintiffs. | C.A. NO. 14-CV-13228-ADB |

**PLAINTIFF-COUNTERCLAIM DEFENDANT ESOTERIX GENETIC LABORATORIES LLC'S AND COUNTERCLAIM-DEFENDANT LABORATORY CORPORATION OF AMERICA HOLDINGS' CROSS-MOTION TO DISMISS QIAGEN'S COUNTERCLAIMS**

Pursuant to Fed. R. Civ. P. 12(c), Plaintiff-Counterclaim Defendant Esoterix Genetic Laboratories LLC and Counterclaim-Defendant Laboratory Corporation of America Holdings (collectively, "LabCorp") respectfully request that the Court grant judgment on the pleadings on Counts II-V of the counterclaims asserted by QIAGEN Manchester, Ltd. and QIAGEN Inc. (collectively, "QIAGEN") in the above matter. As grounds, LabCorp states that the Court should grant LabCorp's Cross-Motion to Dismiss QIAGEN's counterclaims because the Court does not have subject matter jurisdiction over the counterclaims.

As further grounds and also in support of its Cross-Motion, LabCorp incorporates its accompanying Memorandum of Law and supporting papers filed herewith.

WHEREFORE, for the reasons set forth above and in its accompanying Memorandum of Law and supporting papers being filed simultaneously herewith, LabCorp respectfully requests that the Court grant its Cross-Motion and that QIAGEN'S crossclaims against it be dismissed.

ESOTERIX GENETIC LABORATORIES LLC

By its Attorneys

CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

/s/ Christopher R. Howe
James M. Campbell (BBO #541882)
jmcampbell@campbell-trial-lawyers.com
Christopher R. Howe (BBO #652445)
chowe@campbell-trial-lawyers.com
One Constitution Plaza, 3rd Floor
Boston, MA 02129
Tel. (617) 241-3000
Fax (617) 241-5115

KELLEY DRYE & WARREN LLP
Robert I. Steiner (*pro hac vice*)
rsteiner@kelleydrye.com
Beth Jacob (*pro hac vice*)
bjacob@kelleydrye.com
Jaclyn M. Metzinger (*pro hac vice*)
jmetzinger@kelleydrye.com
Clifford Katz (*pro hac vice*)
ckatz@kelleydrye.com
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7843
Fax: (212) 808-7897

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), LabCorp respectfully requests oral argument on its Cross-Motion to Dismiss in order to assist the Court in resolving the issues raised.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Christopher Howe, counsel for LabCorp, hereby certify that LabCorp's counsel conferred with Defendants/Counterclaim-Plaintiffs QIAGEN Inc. and QIAGEN Manchester, Ltd.'s counsel, regarding the foregoing Cross-Motion to Dismiss in a good faith attempt to resolve or narrow the issues raised in LabCorp's Cross-Motion.

/s/ Christopher R. Howe
Christopher R. Howe

## CERTIFICATE OF SERVICE

I, Christopher Howe, counsel for LabCorp, hereby certify that on February 10, 2016, I caused to be filed a copy of the foregoing Cross-Motion to Dismiss via the Court's ECF System. All counsel of record will be electronically notified of and served with a copy of this filing.

/s/ Christopher R. Howe
Christopher R. Howe